Opinion filed May 23, 2013



In The

# Eleventh Court of Appeals

_____

## No. 11-12-00087-CV

_____

## PEGGY JOYCE RUTH, Appellant

## V.

## ARMA LEE CROW, JAMES ALBERT CROW, AND SANDRA KAY FORD, Appellees

**On Appeal from the 35th District Court**

**Brown County, Texas**

**Trial Court Cause No. CV1002049**

## MEMORANDUM OPINION

Appellees—Arma Lee Crow, James Albert Crow, and Sandra Kay Ford— filed in this court a motion for jurisdictional determination. In their motion, Appellees requested that we dismiss this appeal for want of jurisdiction. As a result of the motion, we abated this appeal on March 28, 2013. In our abatement order, we explained why the trial court's order was not final and appealable and

why we had no jurisdiction over the appeal absent a final, appealable order. We abated the appeal so that a final judgment could be rendered. We also informed the parties as follows: "If a final, appealable judgment has not been entered by April 15, 2013, this court may dismiss this appeal." As of today, a final judgment still has not been rendered below.

We grant Appellees' motion and dismiss the appeal.

PER CURIAM

May 23, 2013

Panel consists of: Wright, C.J.,
McCall, J., and Willson, J.

2